THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 7, 2012



Honorable Susan V. Kelley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re: Shawn Wesley Egerson and** <br> **Nicole Frances Egerson** | **Chapter 13 Bankruptcy** |
| **Debtors** | **Case No.: 11-38122-SVK** |

Shawn Wesley Egerson and
Nicole Frances Egerson
640 Hunter Drive
Racine, WI 53406,

       Plaintiff-Debtors,

v.

Landmark Credit Union
c/o Atty. Mark C. Darnieder
735 N. Water St., Suite 930
Milwaukee, WI 53202,

       Defendant-Creditor.

Adversary No.: 12-02248

**Order Approving Stipulation Resolving Complaint to Determine a Purported Lien of Landmark Credit Union's on the Property Located at 1110 17th Street, Racine, Wisconsin 53403**

Pursuant to the Stipulation between the parties in this adversary proceeding,

IT IS HEREBY ORDERED:

1. Landmark Credit Union's junior mortgage lien shall be classified as a general pre-petition unsecured non-priority claim throughout the Debtors' Chapter 13 bankruptcy.

2. Upon successful completion of the plan and upon granting of a Chapter 13 discharge, the junior lien held by Landmark Credit Union shall be deemed to be fully paid and the lien shall have no legal effect without further order from the Court.

######

Drafted by:
Attorney Jonathan Mas
Strouse Law Offices
413 N. 2nd Street, Suite 150
Milwaukee, WI 53203
Telephone: (414) 390-0820 / Fax: (414) 220-5115
jonathan@bankruptcyinmilwaukee.com